FILED 21 JAN '21 16:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00012-MC |
| v. | **INDICTMENT** |
| **PALOMA CELESTE PEREZ-VENTURA,** | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**Conspiracy to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)**

From on or about May 13, 2020 to June 5, 2020, in the District of Oregon and elsewhere, defendant **PALOMA CELESTE PEREZ-VENTURA** did unlawfully, willfully and knowingly combine, conspire and confederate with others, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

## FORFEITURE ALLEGATION

Upon conviction of Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: January 21, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

JOSEPH H. HUYNH
Assistant United States Attorney